# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 21, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148353 (28)

_____

RICO MENEFEE,

　　　　　Plaintiff-Appellant,

v

DEPARTMENT OF CORRECTIONS, et al

　　　　　Defendants-Appellees.

_____

SC:  148353
COA: 315557

　　　　　On order of the Chief Justice, plaintiff's motion for reconsideration of the order of January 10, 2014 is denied because it does not appear that the order was entered erroneously.  Within 21 days of the certification of this order, plaintiff shall pay the initial partial filing fee of $27.00 as ordered.  Failure to comply with the terms of this order shall result in administrative dismissal of plaintiff's appeal.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 21, 2014



Clerk